IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARCUS HARGRAVE, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:20-CV-784-RP |
| AIM DIRECTIONAL SERVICES, LLC, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On October 30, 2020, the Court issued an order affirming the order of the Magistrate Judge on the motion to quash at the center of this case. (Dkt. 23). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 11, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE